DAVID A. KAYS, ESQ. (SBN 120798)
WILLIAM SIAMAS, ESQ. (SBN 133111)
DONN WASLIF, ESQ. (SBN 164538)
MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP
333 W. San Carlos St., Ste. 1050
San Jose, California  95110
Telephone: (408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Plaintiffs
QUALCOMM INCORPORATED and
QUALCOMM TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED, QUALCOMM TECHNOLOGIES, INC.<br><br>        Plaintiffs<br>vs.<br><br>THETA IP, LLC,<br><br>        Defendant. | Case No. '20CV2268 JLS  AGS<br><br>**QUALCOMM INCORPORATED'S AND QUALCOMM TECHNOLOGIES, INC.'S NOTICE OF MOTION AND MOTION TO QUASH OR MODIFY SUBPOENAS, AND/OR FOR PROTECTIVE ORDER**<br><br>Underlying Case:<br><br>6:20-cv-00160-ADA<br><br>Pending in the U.S. District Court for the Western District of Texas<br><br>Date: TBD<br>Time: TBD<br>Dept.: TBD |
| THETA IP, LLC,<br><br>        Plaintiff<br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD., *et al.*<br><br>        Defendants. | |

QUALCOMM'S NOTICE OF MOTION TO QUASH OR MODIFY SUBPOENA OR FOR PROTECTIVE ORDER

TO THETA IP, LLC AND ITS ATTORNEYS OF RECORD:

Pursuant to FRCP Rule 45(d), Qualcomm Incorporated and its subsidiary Qualcomm Technologies, Inc. (collectively, "Qualcomm") will and hereby do move to quash or modify an amended subpoena (the "Austin Subpoena") issued on September 22, 2020, from a case pending in the U.S. District Court for the Western District of Texas filed by Theta IP, LLC ("Theta").

The Austin Subpoena should be quashed or modified because it commands depositions and production of documents in Austin, Texas, which is beyond the territorial reach of Rule 45(c) and further because compliance with the Austin Subpoena would impose an undue burden and significant expense on Qualcomm due to the remote location chosen. Qualcomm further seeks a protective order stating that the proper place of compliance be designated as Qualcomm's facilities in and near San Diego. Qualcomm further seeks an order requiring Theta to pay its expenses of production and the expenses of responding to the subpoena, including the filing of this Motion, in an amount to be proven at the hearing.

This motion is based on this Notice of Motion and Motion To Quash And/or For Protective Order, the Memorandum of Points and Authorities, the declarations of David A. Kays, Freeda Lugo, Byron Yafuso and Kamal Sahota, the attached Exhibits and such other and further evidence and argument as may be hereinafter presented.

Notice of the hearing date, time and department will be given once this case is assigned.

Dated: November 20, 2020

MORGAN FRANICH FREDKIN SIAMAS & KAYS LLP

By: _____
DAVID A. KAYS
Attorneys for
Qualcomm Incorporated and
Qualcomm Technologies, Inc.